| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Victor Virgin Construction Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0492440** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**346 Lake Shore Drive**<br>**Franklin, NH**<br>ZIP Code **03235** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Merrimack** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." | ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Victor Virgin Construction Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|     _____<br>    (Name of landlord that obtained judgment) |
|     _____<br>    (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Victor Virgin Construction Corp.** |

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William S. Gannon**
Signature of Attorney for Debtor(s)

**William S. Gannon 01222**
Printed Name of Attorney for Debtor(s)

**William S. Gannon PLLC**
Firm Name

**889 Elm Street, 4th Floor**
**Manchester, NH 03101**

_____
Address

**Email: mjoyce@gannonlawfirm.com**
**(603) 621-0833  Fax: (603) 621-0830**
Telephone Number

**November 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Victor Virgin**
Signature of Authorized Individual

**Victor Virgin**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 17, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of New Hampshire

In re    **Victor Virgin Construction Corp.**               Case No. _____

                                           Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CNA Surety<br>333 South Wabash<br>Chicago, IL 60604 | CNA Surety<br>333 South Wabash<br>Chicago, IL 60604 | Trade debt | | 400,000.00 |
| TD Bank<br>PO Box 9540<br>Portland, ME 04112-0001 | TD Bank<br>PO Box 9540<br>Portland, ME 04112-0001 | Commercial Loan | | 300,000.00 |
| Pike Industries<br>3 Eastgate Park Road<br>Belmont, NH 03220 | Pike Industries<br>3 Eastgate Park Road<br>Belmont, NH 03220 | Job Cost | | 200,005.40 |
| Wells Fargo<br>1540 West Fountainhead Parkway<br>Tempe, AZ 85282 | Wells Fargo<br>1540 West Fountainhead Parkway<br>Tempe, AZ 85282 | Deficiency balance on Volvo 330 | | 42,230.78 |
| D'Amante Couser Steiner<br>PO Box 2650<br>Concord, NH 03302-2650 | D'Amante Couser Steiner<br>PO Box 2650<br>Concord, NH 03302-2650 | Legal fees | | 38,993.81 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19886-5019 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19886-5019 | Credit card purchases | | 30,312.16 |
| Robert G. Stinson Co. PC<br>PO Box 717<br>Laconia, NH 03247 | Robert G. Stinson Co. PC<br>PO Box 717<br>Laconia, NH 03247 | Services | | 13,875.00 |
| Gallagher, Callahan & Gartrell<br>PO Box 1415<br>Concord, NH 03302-1415 | Gallagher, Callahan & Gartrell<br>PO Box 1415<br>Concord, NH 03302-1415 | Legal fees | | 12,000.00 |
| Detto (First Equity)<br>SST Card Services<br>PO Box 23060<br>Columbus, GA 31902-3060 | Detto (First Equity)<br>SST Card Services<br>PO Box 23060<br>Columbus, GA 31902-3060 | Credit card purchases | | 7,790.93 |
| Public Works Supply Co<br>27 Garden Street<br>Danvers, MA 01923 | Public Works Supply Co<br>27 Garden Street<br>Danvers, MA 01923 | Job Cost | | 5,847.06 |
| Phoenix Precast Products<br>77 Regional Drive<br>Concord, NH 03301 | Phoenix Precast Products<br>77 Regional Drive<br>Concord, NH 03301 | Job Cost | | 5,821.50 |

In re   **Victor Virgin Construction Corp.**                            Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Wright Express<br>PO Box 639<br>Portland, ME 04104 | Wright Express<br>PO Box 639<br>Portland, ME 04104 | Job Cost | | 5,819.61 |
| Suburban Paving Inc.<br>PO Box 587<br>Suncook, NH 03275 | Suburban Paving Inc.<br>PO Box 587<br>Suncook, NH 03275 | Job Cost | | 5,761.50 |
| Richard D. Bartlett & Assoc LLC<br>214 North State Street<br>Concord, NH 03301 | Richard D. Bartlett & Assoc LLC<br>214 North State Street<br>Concord, NH 03301 | Services | | 4,906.50 |
| CNH Capital<br>Dept CH10460<br>Palatine, IL 60055-0460 | CNH Capital<br>Dept CH10460<br>Palatine, IL 60055-0460 | Credit card purchases | | 4,416.09 |
| Scituate Concrete Pipe Corp.<br>PPO Box 870<br>Scituate, MA 02066-0870 | Scituate Concrete Pipe Corp.<br>PPO Box 870<br>Scituate, MA 02066-0870 | Trade debt | | 3,108.75 |
| Hansen Bridge<br>1252 County Road<br>New London, NH 03257 | Hansen Bridge<br>1252 County Road<br>New London, NH 03257 | Services | | 3,000.00 |
| Winwater Company<br>12 Sandquist Street<br>Concord, NH 03301 | Winwater Company<br>12 Sandquist Street<br>Concord, NH 03301 | Job Cost | | 2,729.34 |
| Severino Trucking Co., Inc.<br>PO Box 202<br>Candia, NH 03034 | Severino Trucking Co., Inc.<br>PO Box 202<br>Candia, NH 03034 | Services | | 2,013.00 |
| Third Party Administrators<br>116 South River Road<br>Building D, Unit 4<br>Bedford, NH 03110 | Third Party Administrators<br>116 South River Road<br>Building D, Unit 4<br>Bedford, NH 03110 | Job Cost | | 1,225.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 17, 2010**                 Signature    **/s/ Victor Virgin**
                                                  **Victor Virgin**
                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Hampshire

In re   **Victor Virgin Construction Corp.**          Case No. _____

                 Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 17, 2010** _____        **/s/ Victor Virgin** _____

                                               **Victor Virgin/President**
                                               Signer/Title

American Flagging & Traffic
PO Box 1746
Salem, NH 03079

Associated General Contractors
48 Grandview Road
Bow, NH 03304

ATS Equipment, Inc.
133 Raymond Road
Candia, NH 03034

Bank of America
PO Box 15026
Wilmington, DE 19886-5019

Brookline Police Department
PO Box 341
Brookline, NH 03033

Capital One
PO Box 71083
Charlotte, NC 28272-1083

CNA Surety
333 South Wabash
Chicago, IL 60604

CNH Capital
Dept CH10460
Palatine, IL 60055-0460

D'Amante Couser Steiner
PO Box 2650
Concord, NH 03302-2650

Detto (First Equity)
SST Card Services
PO Box 23060
Columbus, GA 31902-3060

Fairpoint Communications
PO Box 11021
Lewiston, ME 04243-9472

Fastenal Company
PO Box 978
Winona, MN 55987-0978

Fed Ex
PO Box 371461
Pittsburgh, PA 15250-7461

Gallagher, Callahan & Gartrell
PO Box 1415
Concord, NH 03302-1415

Getman Stacey Schultes
Three Executive Park Drive, Suite 9
Bedford, NH 03110

Hansen Bridge
1252 County Road
New London, NH 03257

New England Signal Systems, Inc.
PO Box 326
Northwood, NH 03261

Nextel
PO Box 4181
Carol Stream, IL 60197-4181

Phoenix Precast Products
77 Regional Drive
Concord, NH 03301

Pike Industries
3 Eastgate Park Road
Belmont, NH 03220

Pitney Bowes Global Financial Services
PO Box 856460
Louisville, KY 40285

Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285

Public Works Supply Co
27 Garden Street
Danvers, MA 01923

Richard D. Bartlett & Assoc LLC
214 North State Street
Concord, NH 03301

Robert G. Stinson Co. PC
PO Box 717
Laconia, NH 03247

Scituate Concrete Pipe Corp.
PPO Box 870
Scituate, MA 02066-0870

Severino Trucking Co., Inc.
PO Box 202
Candia, NH 03034

Suburban Paving Inc.
PO Box 587
Suncook, NH 03275

TD Bank
PO Box 9540
Portland, ME 04112-0001

Third Party Administrators
116 South River Road
Building D, Unit 4
Bedford, NH 03110

Wells Fargo
1540 West Fountainhead Parkway
Tempe, AZ 85282

Winwater Company
12 Sandquist Street
Concord, NH 03301

Wright Express
PO Box 639
Portland, ME 04104